# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 11, 2022

### NO. 03-21-00351-CV

**Appellant, Lesya Smith, Dependent Administrator // Cross-Appellants, Sue Evelyn Smith Perkins, Sarah Caye Smith and Howard Mark Smith**

**v.**

**Appellees, Sue Evelyn Smith Perkins, Sarah Caye Smith and Howard Mark Smith // Cross-Appellee, Lesya Smith, Dependent Administrator**

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER AND TRIANA
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on April 28, 2021. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.